IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| 400 WALNUT ASSOCIATES, L.P., et al., : | |
| Plaintiffs, : | |
| : | No. 14-mc-145 |
| v. : | |
| : | |
| 4TH WALNUT ASSOCIATES, L.P., et al., : | |
| Defendants. : | |

## ORDER

This 28th day of January, 2015, for the reasons stated in the foregoing memorandum, it is

**ORDERED** that Defendants' Motion for Withdrawal of Reference is **DENIED**.

/s/ Gerald Austin McHugh
United States District Court Judge